FILED'09 JAN 05 08:11 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,  Civil No. 08-MC-9198-HA

    Petitioner,

v.

                                                **ORDER**

DANIEL D. McBRIEN,

    Respondent.

Upon the motion of the Petitioner this action is dismissed with prejudice.

Dated this _2_ day of _Jan_, 200_9_.

_____
HONORABLE ANCER L. HAGGERTY
United States District Judge